CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANKIE JAE LORDMASTER, | ) | Civil Action No. 7:16-cv-00160 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| MOORE, III, | ) | United States District Judge |
| Defendant(s). | ) | |

Frankie Jae LordMaster, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 20, 2016, the court directed plaintiff to submit within twenty days from the date of the Order file an amended complaint which was to be a new pleading that stood by itself without reference to a complaint, attachments already filed. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than twenty days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 12 day of October, 2016.

/s/ Michael F. Urbanski
United States District Judge